```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   12/12/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

UNITED STATES OF AMERICA,

      -against-                                                                            15-CR-235 (KMW)

**<u>ORDER</u>**

LAJBAR LAJAWARD KHAN,

      Defendant.

--------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

    Defendant Lajbar Lajaward Khan moves the Court for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A).  (ECF No. 151.)  The Government shall respond to Defendant's motion for a sentence reduction no later than January 12, 2023.  Defendant's reply, if any, must be submitted by February 27, 2023.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

    SO ORDERED.

Dated:  New York, New York
         December 12, 2022                                           */s/ Kimba M. Wood*
                                                              KIMBA M. WOOD
                                                        United States District Judge